# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**15-286**


**STATE OF LOUISIANA**

**VERSUS**

**CHADWICK MCGHEE**


**\*\*\*\*\*\*\*\*\*\***


APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 181216
HONORABLE WILLIAM J. BENNETT, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**SHANNON J. GREMILLION**
**JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of James T. Genovese, Shannon J. Gremillion, and Phyllis M. Keaty, Judges.


**SENTENCE VACATED.**


**Charles A. Riddle, III**
**District Attorney, Twelfth Judicial District Court**
**Michael F. Kelly**
**Assistant District Attorney**
**P. O. Box 1200**
**Marksville, LA 71351**
**(318) 253-5815**
**COUNSEL FOR APPELLEE:**
     **State of Louisiana**

**Paula C. Marx**
**Louisiana Appellate Project**
**P. O. Box 80006**
**Lafayette, LA 70598-0006**
**(337) 991-9757**
**COUNSEL FOR DEFENDANT/APPELLANT:**
     **Chadwick McGhee**

**Chadwick McGhee**
**Louisiana State Penitentiary**
**Main Prison - Walnut 4**
**Angola, LA 70712**
**PRO SE**

**GREMILLION, Judge.**

On July 9, 2014, Defendant, Chadwick McGhee, was found guilty of simple kidnapping, in violation of La.R.S. 14:45. On October 14, 2014, Defendant was adjudicated a third-felony offender.[1]

On November 12, 2014, Defendant was sentenced to life imprisonment without benefit of probation, parole, or suspension of sentence. In docket number 15-285, the simple kidnapping conviction which led to Defendant being adjudicated a habitual offender, we vacated Defendant's conviction on the basis of insufficient evidence. Accordingly, Defendant's life sentence is vacated.

**SENTENCE VACATED.**

---

[1]We note that the trial court incorrectly stated that Defendant had been convicted of second degree kidnapping, when he was in fact convicted of simple kidnapping. That conviction is the subject of Docket No. 15-285.